UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL BURROWS,

    Plaintiff,

v.

BLAKE HATLEM,
BRIAN L. MACKIE,
and MARK KNEISEL,

    Defendants.
_____/

CASE NO. 19-10918

HON. AVERN COHN

## ORDER DENYING MOTION FOR RECONSIDERTION (Doc. 7)

I.

This is a civil rights case under 42 U.S.C. § 1983. Plaintiff Darrell Burrows, a state prisoner who is proceeding pro se and without prepayment of the filing fee, sued Defendants, Washtenaw County prosecutors, alleging that defendants breached a contract and violated his constitutional rights when they ignored or declined his offer to testify as an eyewitness in an old, unsolved murder case in exchange for a reduction in plaintiff's sentence. The Court dismissed the complaint for failure to state a claim because the defendants are entitled to prosecutorial immunity. (Doc. 6).

Before the Court is Petitioner's motion for reconsideration. (Doc. 7). For the reasons which follow, the motion will be denied.

II.

A motion for reconsideration which presents issues already ruled upon by the court, either expressly or by reasonable implication, will not be granted. Hence v. Smith, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); Czajkowski v. Tindall & Assoc., P.C.,

967 F. Supp. 951, 952 (E.D. Mich. 1997). The Court properly dismissed the habeas petition as untimely.. Contrary to Petitioner's assertion, the Court properly found that the defendants are entitled to immunity for their actions as prosecutors. Petitioner fails to meet his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(g)(3). Accordingly, Petitioner's motion for reconsideration is DENIED.

This case remains closed. No further pleadings should be filed in this matter.
SO ORDERED.

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: 6/18/2019
Detroit, Michigan